IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00678-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MAZEN J. KHERDEEN, and
JIM KHEN,

    Plaintiffs,

v.

BARACK HUSSEIN OBAMA, *et al.*,

    Defendants.

---

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

On March 4, 2014, Plaintiffs submitted a Prisoner Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971). Plaintiffs have also submitted one Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is signed by both Plaintiffs. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted. <u>Need an IFP motion signed by each Plaintiff</u>.
(2)        is missing affidavit
(3)   X   copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing. <u>Need copy of trust fund account statement for each Plaintiff</u>.

(4)   X    trust fund account statement is missing certification by authorized prison official.
(5)   __   is missing required financial information
(6)   X    is missing authorization to calculate and disburse filing fee payments (<u>for each Plaintiff</u>).
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  X    other: <u>Plaintiffs may in the alternative pay the $350.00 filing fee in full in advance.</u>

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form
(13)  X    is signed by only one Plaintiff.  <u>Both Plaintiffs must sign the Prisoner Complaint</u>.
(14)  __   is missing page nos. ___
(15)  X    <u>uses et al. instead of listing all parties in caption</u>
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  X    other: <u>Complaint must be legible</u>.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiffs shall obtain copies of the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED March 6, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge