IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00678-LTB

MAZEN J. KHERDEEN, and
JIM KHEN,

    Plaintiffs,

v.

BARACK HUSSEIN OBAMA, et al.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 15th day of April, 2014.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/K Lyons
                                        Deputy Clerk