IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00678-LTB

MAZEN J. KHERDEEN, and
JIM KHEN,

      Plaintiffs,

v.

BARACK HUSSEIN OBAMA, et al.,

      Defendants.

---

MINUTE ORDER

---

ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      This action was dismissed without prejudiced on April 15, 2014 for the Plaintiffs' failure to cure deficiencies.  Plaintiff Kherdeen has now filed several motions requesting leave to proceed pursuant to 28 U.S.C. § 1915, seeking injunctive relief, and requesting certification of this case as a class action.  The motions will not be addressed in this dismissed action.  Instead, Mr. Kherdeen may initiate a new civil action and request leave to proceed *in forma pauperis* by submitting the court-approved forms and accompanying documentation.  All pending motions filed in this action are DENIED as moot.

Dated:  April 22, 2014

---