IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00678-LTB

MAZEN J. KHERDEEN,

    Plaintiff,

v.

BARACK HUSSEIN OBAMA, et al.,

    Defendants.

MINUTE ORDER

ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This action was dismissed without prejudice on July 22, 2014.  (ECF No. 21).  Judgment was entered the same day.  (ECF No. 22).  On November 20, 2014, Plaintiff filed a "2d Motion to Compell [sic] the Court to Rule on Ripe Motion Dated 9/08/2014" (ECF No. 25).   Plaintiff alleges in the motion that he filed a motion to reconsider on or about September 11, 2014.  However, the Court did not receive or docket a motion to reconsider.  Furthermore, the Court denied Plaintiff's motion to reconsider, filed on August 7, 2014. (ECF Nos. 23, 24), and will not entertain successive motions for reconsideration.  Accordingly, the "2d Motion to Compell [sic] the Court to Rule on Ripe Motion Dated 9/08/2014" (ECF No. 25) is DENIED.  Plaintiff is reminded that this action was dismissed without prejudice and he may initiate a new civil action.

Dated:  November 24, 2014